IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**CHERIE FERGUSON**                                                                                    **PLAINTIFF**

v.                                                               CIVIL ACTION NO. 1:22-cv-310-TBM-RPM

**LOUIS DeJOY,** *Postmaster General;*
*and* **UNITED STATES POSTAL**
**SERVICE**                                                                                                **DEFENDANTS**

## ORDER

The Defendants in this matter have filed a Motion to Dismiss, or alternatively, a Motion for More Definite Statement [6].[1] The Plaintiff has responded and conceded that a more definite statement may be appropriate. [11]. Therefore, this Court orders that by May 22, 2023, the Plaintiff shall file an amended complaint specifically delineating what claims she is bringing, against which defendants, and under what legal authority she levies those particular claims.

IT IS THEREFORE ORDERED AND ADJUDGED that, the Motion to Dismiss, or alternatively, a Motion for More Definite Statement [6] is GRANTED and Plaintiff is directed to file a more definite statement of her claims in an amended complaint.

THIS, the 3rd day of May, 2023.

TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE

---

[1] The Defendants also raised an argument related to insufficient service of process. Ferguson responded that she was within the 90 days allotted to serve process, and the Defendants did not respond.