#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
#### SOUTHERN DIVISION

**CHERIE FERGUSON**                                                                                              **PLAINTIFF**

**v.**                                                       **CIVIL ACTION NO. 1:22-cv-310-TBM-RPM**

**LOUIS DeJOY,** *Postmaster General*                                                              **DEFENDANT**

### FINAL JUDGMENT

For the reasons stated in the Memorandum Opinion and Order entered this same day, Defendant Louis DeJoy's Motion [31] for Summary Judgment is GRANTED. This CASE is CLOSED.

This, the 31st day of July, 2024.

                                                  **TAYLOR B. McNEEL**
                                              **UNITED STATES DISTRICT JUDGE**